| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Srinivasan, Srikanth | U.S. Court of Appeals for the D.C. Circuit | 07/12/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Court of Appeals Judge | ✓ Nomination Date 06-11-2012<br>☐ Initial ☐ Annual ☐ Final | 01/01/2011 to 06/13/2012 |
| | 5b. ✓ Amended Report | |

**7. Chambers or Office Address**

Office of the Solicitor General
Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | O'Melveny & Myers LLP |
| 2. Member, Board of Directors | Washington Lawyers Committee for Civil Rights and Urban Affairs |
| 3. Member, Board of Visitors | Stanford University Law School |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 07/13/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2010 | O'Melveny & Myers LLP – partnership income | $1,321,000.00 |
| 2. | 2011 | O'Melveny & Myers LLP – partnership income | $1,338,000.00 |
| 3. | 2012 | NO REPORTABLE NON-INVESTMENT INCOME | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EXEMPT | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. EXEMPT | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Citibank, N.A., Washington, D.C. | Capital loans for partnership shares at former law firm | None |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 07/12/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. IRA #1 | | | | | Exempt | | | | |
| 2. ~ Spartan 500 Index FUSVX | A | Dividend | K | T | | | | | |
| 3. ~ Aston River Road Independent Value ARIVX | A | Dividend | J | T | | | | | |
| 4. ~ Aberdeen Emerging Markets GEGAX | A | Dividend | J | T | | | | | |
| 5. ~ Columbia Dividend Opportunity INUTX | A | Dividend | K | T | | | | | |
| 6. ~ Columbia Select Lrg Cap Growth ELGAX | A | Dividend | K | T | | | | | |
| 7. ~ Delaware Value DDVAX | A | Dividend | K | T | | | | | |
| 8. ~ Doubleline Total Rt Bond DLTNX | A | Dividend | J | T | | | | | |
| 9. ~ Dreyfus Bond Market Index DBMIX | A | Dividend | J | T | | | | | |
| 10. ~ Driehaus Active Income LCMAX | A | Dividend | J | T | | | | | |
| 11. ~ Federated Intern Corp Bond INISX | A | Dividend | J | T | | | | | |
| 12. ~ Listed Private Equity LPEFX | A | Dividend | J | T | | | | | |
| 13. ~ Merk Hard Currency MERKX | A | Dividend | J | T | | | | | |
| 14. ~ Forward EM Corp Debt Fund FFXRX | A | Dividend | J | T | | | | | |
| 15. ~ JP Morgan Strategic Income JSOAX | A | Dividend | J | T | | | | | |
| 16. ~ JP Morgan High Yield Bond OHYAX | A | Dividend | J | T | | | | | |
| 17. ~ Leuthold Asset Allocation LAALX | A | Dividend | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes: (See Column C2)  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - MFS International Value MGIAX | A | Dividend | K | T | | | | | |
| 19. - Merger Fund MERFX | A | Dividend | J | T | | | | | |
| 20. - Morgan Stanley Global Real Estate MRLBX | A | Dividend | J | T | | | | | |
| 21. - Pimco Emerging Markets PLMDX | A | Dividend | | | | | | | |
| 22. - T.Rowe Price Growth Stock TRSAX | A | Dividend | K | T | | | | | |
| 23. - RS Global Natural Resources RSNRX | A | Dividend | J | T | | | | | |
| 24. - Ridgeworth Mid Cap Value SMVTX | A | Dividend | J | T | | | | | |
| 25. - Rivernorth Core Opportunity RNCOX | A | Dividend | J | T | | | | | |
| 26. - T.Rowe Price Int'l Stock PAITX | A | Dividend | K | T | | | | | |
| 27. - TCW Dividend Focused TGIGX | A | Dividend | K | T | | | | | |
| 28. - TCW Small Cap Growth TGSNX | A | Dividend | J | T | | | | | |
| 29. - Touchstone Focused Equity TFEAX | A | Dividend | J | T | | | | | |
| 30. - Wasatch Int'l Opps WAIOX | A | Dividend | J | T | | | | | |
| 31. - Wasatch Emerging Markets Small Cap WAEMX | A | Dividend | J | T | | | | | |
| 32. - Westcore Select WTSLX | A | Dividend | J | T | | | | | |
| 33. - Fidelity Cash Reserves FDRXX | A | Interest | J | T | | | | | |
| 34. Brokerage Account #1 | | | | | | | | | |

1 Income Gain Codes: A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 = More than $5,000,000
2 Value Codes     J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000   
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                          P3 =$25,000,001 - $50,000,000      P4 = More than $50,000,000
3 Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 07/12/2012 |

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Spartan 500 Index FUSVX | A | Dividend | K | T | | | | | |
| 36. - Fidelity Interm Muni Income FLTMX | A | Interest | L | T | | | | | |
| 37. - Aston River Road Independent Value ARIVX | A | Dividend | J | T | | | | | |
| 38. - Aberdeen Emerging Markets GEGAX | A | Dividend | J | T | | | | | |
| 39. - Columbia Dividend Opp INUTX | A | Dividend | K | T | | | | | |
| 40. - Columbia Select Large Cap Growth ELGAX | A | Dividend | K | T | | | | | |
| 41. - Delaware Value DDVAX | A | Dividend | K | T | | | | | |
| 42. - Doubleline Total Return Bond DLTNX | A | Dividend | K | T | | | | | |
| 43. - Driehaus Active Income LCMAX | A | Dividend | J | T | | | | | |
| 44. - Listed Private Equity LPEFX | A | Dividend | J | T | | | | | |
| 45. - Merk Hard Currency MERKX | A | Dividend | J | T | | | | | |
| 46. - Forward EM Corp Debt Fund FFXRX | A | Dividend | J | T | | | | | |
| 47. - JP Morgan Tax Aware TXRSX | A | Dividend | K | T | | | | | |
| 48. - Leuthold Asset Allocation LAALX | A | Dividend | J | T | | | | | |
| 49. - MFS Int'l Value MGIAX | A | Dividend | J | T | | | | | |
| 50. - Merger Fund MERFX | A | Dividend | K | T | | | | | |
| 51. - Morgan Stanley Global Real Estate MRLBX | A | Dividend | J | T | | | | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B3 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2) U =Book Value; V =Other; W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | - Northern Interm Tax Exempt NOITX | A | Dividend | K | T | | | | | |
| 53. | - Pimco Emerging Markets PLMDX | A | Dividend | | | | | | | |
| 54. | - T.Rowe Price Growth Stock TRSAX | A | Dividend | K | T | | | | | |
| 55. | - RS Global Natural Resources RSNRX | A | Dividend | J | T | | | | | |
| 56. | - Ridgeworth Mid Cap Value SMVTX | A | Dividend | J | T | | | | | |
| 57. | - Rivernorth Core Opp RNCOX | A | Dividend | K | T | | | | | |
| 58. | - T. Rowe Price Int'l Stock PAITX | A | Dividend | J | T | | | | | |
| 59. | - TCW Dividend Focused TGIGX | A | Dividend | K | T | | | | | |
| 60. | - TCW Small Cap Growth TGSNX | A | Dividend | J | T | | | | | |
| 61. | - Touchstone Focused Equity TFEAX | A | Dividend | J | T | | | | | |
| 62. | - Wasatch Int'l Opps WAIOX | A | Dividend | J | T | | | | | |
| 63. | - Wasatch Emerging Markets Small Cap WAEMX | A | Dividend | J | T | | | | | |
| 64. | - Wells Fargo Ultra Short Term Muni SMAVX | A | Dividend | J | T | | | | | |
| 65. | - Westcore Select WTSLX | A | Distribution | J | T | | | | | |
| 66. | - Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 67. | Ishares Barclays Interm CIU | A | Dividend | | | | | | | |
| 68. | Ishares Barclays 1-3 Year CD BD CSJ | A | Dividend | | | | | | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2) U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 07/12/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Ishares Barclays 7-10 Year IEF | A | Dividend | | | | | | | |
| 70. Ishares Trust 10+ Year Credit CLY | A | Dividend | | | | | | | |
| 71. Market Vectors ETF Emerging EMLC | A | Dividend | | | | | | | |
| 72. SPDR Barclays Cap High Yield JNK | C | Dividend | | | | | | | |
| 73. Vanguard Bond Index BND | B | Dividend | | | | | | | |
| 74. Vanguard Long Term Corporate VCLT | A | Dividend | | | | | | | |
| 75. GlaxoSmithKline GSK | A | Dividend | | | | | | | |
| 76. Telstra Corp TLSYY | A | Dividend | | | | | | | |
| 77. AT&T | A | Dividend | | | | | | | |
| 78. New York Community Bancorp NYB | A | Dividend | | | | | | | |
| 79. Citibank Checking Account | A | Interest | M | T | | | | | |
| 80. Wells Fargo (various cash accounts) | A | Interest | M | T | | | | | |
| 81. American Express (various cash accounts) | D | Interest | O | T | | | | | |
| 82. College Savings Plans #1 | | | | | | | | | |
| 83. - American Funds AMCAP 529A | A | Dividend | M | T | | | | | |
| 84. - American Funds Balanced Funds 529A | C | Dividend | M | T | | | | | |
| 85. - American Funds Mutual Fund 529A | A | Dividend | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
   A =$1,000 or less
   B =$1,001 - $2,500
   C =$2,501 - $5,000
   D =$5,001 - $15,000
   E =$15,001 - $50,000
   F =$50,001 - $100,000
   G =$100,001 - $1,000,000
   H1 =$1,000,001 - $5,000,000
   H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
   J =$15,000 or less
   K =$15,001 - $50,000
   L =$50,001 - $100,000
   M =$100,001 - $250,000
   N =$250,001 - $500,000
   O =$500,001 - $1,000,000
   P1 =$1,000,001 - $5,000,000
   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000
   P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
   Q =Appraisal
   R =Cost (Real Estate Only)
   S =Assessment
   T =Cash Market
   U =Book Value
   V =Other
   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 07/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. - American Funds EuroPacific Growth 529A | A | Dividend | J | T | | | | | |
| 87. - American Funds New Perspective 529A | A | Dividend | L | T | | | | | |
| 88. - American Funds Growth Fund of America 529A | A | Dividend | L | T | | | | | |
| 89. - American Funds Washington Mutual Investors Fund 529A | A | Dividend | J | T | | | | | |
| 90. Brokerage Account #2 | | | | | | | | | |
| 91. - American Funds Tax Exempt Bond Fund of America Class A | A | Dividend | J | T | | | | | |
| 92. - American Funds Growth Fund of America Class A | A | Dividend | J | T | | | | | |
| 93. - American Funds New Economy Fund A | A | Dividend | J | T | | | | | |
| 94. - American Funds Tax Exempt Fund of VA A | B | Dividend | L | T | | | | | |
| 95. - American Funds Fundamental Investors A | A | Dividend | J | T | | | | | |
| 96. - American Funds Bond Fund of America A | A | Dividend | J | T | | | | | |
| 97. Mass Mutual VULG Guaranteed Principal | A | Interest | L | T | | | | | |
| 98. Mass Mutual VULG American Funds Growth-Income | | None | J | T | | | | | |
| 99. Mass Mutual VULG Fidelity Contrafund | | None | J | T | | | | | |
| 100. Mass Mutual VULG DWS Small Cap Index | | None | J | T | | | | | |
| 101. Mass Mutual VULG MML Small/Mid Cap Equity | | None | J | T | | | | | |
| 102. Keogh #4 | | | | | | | | | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes:  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes:  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. - Fidelity Diversified International FDIVX | A | Dividend | K | T | | | | | |
| 104. - American Beacon Large Cape Val Inv AAGPX | A | Dividend | L | T | | | | | |
| 105. - American Funds Growth of America Class R5 RGAFX | A | Dividend | L | T | | | | | |
| 106. - Ranier Sm/Mid Cap RIMSX | A | Dividend | K | T | | | | | |
| 107. - Buffalo Sm Cap Stock BUFSX | A | Dividend | K | T | | | | | |
| 108. - PIMCO Total Return Instl PTTRX | B | Dividend | L | T | | | | | |
| 109. O'Melveny & Myers LLP Capital Account | | None | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |
| 117. | | | | | | | | | |
| 118. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

# FINANCIAL DISCLOSURE REPORT

Page 11 of 12

Name of Person Reporting

Srinivasan, Srikunth

Date of Report

07/12/2012

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

# FINANCIAL DISCLOSURE REPORT
Page 12 of 12

Name of Person Reporting

Srinivasan, Srikanth

Date of Report

07/12/2012

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Srikanth Srinivasan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 798 | 500 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 1 | 540 | 600 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable - personal residence | | 990 | 000 |
| Real estate owned – personal residence | 1 | 600 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 11 | 700 | | | | |
| Cash value-life insurance | | 90 | 200 | | | | |
| Other assets itemize: | | | | | | | |
| Thrift Savings Plan | | 32 | 700 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 990 | 000 |
| | | | | Net Worth | 3 | 083 | 700 |
| Total Assets | 4 | 073 | 700 | Total liabilities and net worth | 4 | 073 | 700 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |